# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,** Plaintiff, v. **KROHNE, Inc.,** Defendant. | Case No. [insert] <br><br> Patent Case <br><br> Jury Trial Demanded |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: May 28, 2021

Respectfully submitted,

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff**
**Nitetek Licensing LLC**

1

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 28, 2021, via the Court's CM/ECF system.

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
