## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Nitetek Licensing LLC,

          Plaintiff,

      v.

KROHNE, Inc.,

          Defendant.

Case No. 1:21-cv-00791 (MN)

### NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Defendant KROHNE, Inc. in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

        Stamatios Stamoulis
        Stamoulis & Weinblatt LLC
        800 N. West Street, Third Floor
        Wilmington, DE 19801

I certify that I am admitted to practice in this Court.

Dated:  June 29, 2021                  STAMOULIS & WEINBLATT LLC

                                       */s/ Stamatios Stamoulis*
                                       Stamatios Stamoulis (#4606)
                                       800 N. West Street, Third Floor
                                       Wilmington, DE 19801
                                       Telephone:  (302) 999-1540
                                       Facsimile:  (302) 762-1688
                                       stamoulis@swdelaw.com

                                       *Attorney for Defendant*
                                       *KROHNE, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                       */s/ Stamatios Stamoulis*
                                       Stamatios Stamoulis (#4606)