**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Nitetek Licensing LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>KROHNE, Inc.,<br><br>        Defendant. | Case No. 1:21-cv-00791 (MN) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of attorney Patrick D. Duplessis of Whitmyer IP Group LLC, 600 Summer Street, Stamford, CT 06901, telephone (203) 703-0800, email addresses pduplessis@whipgroup.com and litigation@whipgroup.com, to represent Defendant KROHNE, Inc. in this matter.

Date: June 29, 2021               By: */s/Stamatios Stamoulis*
                                         Stamatios Stamoulis (#4606)
                                         Stamoulis & Weinblatt LLC
                                         800 N. West Street, Third Floor
                                         Wilmington, DE 19801
                                         Tel: 302-999-1540
                                         Email: stamoulis@swdelaw.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Patrick D. Duplessis of the law firm Whitmyer IP Group, LLC is granted.

Date: _____       _____
                                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, Bar No. 679930 and the State of California, Bar No. 265384, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 29, 2021     Signed:      /s/Patrick D. Duplessis
                                                                  Patrick D. Duplessis
                                                                  Whitmyer IP Group LLC
                                                                  600 Summer Street
                                                                  Stamford, CT 06901
                                                                  Tel:  203-703-0800
                                                                  Fax:  203-703-0801
                                                                  Email: pduplessis@whipgroup.com
                                                                                 litigation@whipgroup.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

                */s/Stamatios Stamoulis*
                Stamatios Stamoulis (#4606)