IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
Nitetek Licensing LLC,                      :
                                            :     Civil Action No. 1:21-cv-00791-MN
            Plaintiff,                      :
                                            :
    v.                                      :
                                            :
KROHNE, Inc.                                :
                                            :
            Defendant.                      :
-------------------------------------------------------x
```

**MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER**

Defendant KROHNE, Inc. ("Defendant") hereby respectfully requests a 30-day extension to answer or otherwise respond to the Complaint (D.I. 1).

The current deadline to answer or otherwise respond to the Complaint (D.I. 1) is June 30, 2021. Defendant requests that this deadline be extended to July 30, 2021 to provide Defendant additional time to investigate the allegations against it, to consult with counsel, and to consider an appropriate response. Accordingly, good cause exists to grant this request.

Defendant's counsel repeatedly contacted counsel for Plaintiff Nitetek Licensing LLC ("Plaintiff") to determine whether Plaintiff consents to this motion. Plaintiff has not responded. No party will be prejudiced by this extension.

Local Rule 7.1.1 Compliance

The undersigned avers that a reasonable effort has been made to reach agreement with Plaintiff on the matters set forth in the motion. In addition to sending three emails (*see* Exs. 1–3) to counsel for Plaintiff, Defendant's counsel Patrick D. Duplessis attempted to call counsel for Plaintiff on June 29, 2021 and left a message when the call went to voicemail.

|  |  |
|---|---|
| | Respectfully submitted, |
| June 29, 2021 | /s/Stamatios Stamoulis<br>Stamatios Stamoulis<br>Stamoulis & Weinblatt LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>Tel: 302-999-1540<br>Email: stamoulis@swdelaw.com |
| | Patrick D. Duplessis<br>(*pro hac vice* forthcoming)<br>WHITMYER IP GROUP LLC<br>600 Summer Street<br>Stamford, CT 06901<br>Tel: 203-703-0800<br>Fax: 203-703-0801<br>Email: litigation@whipgroup.com<br>        pduplessis@whipgroup.com |
| | *Attorneys for Defendant KROHNE, Inc.* |

SO ORDERED, this _____ day of _____, 2021.

                                                    _____
                                                    UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                           */s/ Stamatios Stamoulis*
                                           Stamatios Stamoulis (#4606)