# EXHIBIT 1

# Patrick D. Duplessis

| | |
|---|---|
| **From:** | Joan M. Burnett <jburnett@whipgroup.com> on behalf of WHIP litigation <litigation@whipgroup.com> |
| **Sent:** | Friday, June 25, 2021 5:08 PM |
| **To:** | ddebruin@gawthrop.com |
| **Cc:** | Robert D. Keeler; Jacob J. Alexander; WHIP litigation |
| **Subject:** | WHIP File 07608-L0001A - Nitetek Licensing LLC v. KROHNE, Inc. - PDD |
| **Attachments:** | Letter to Nitetek.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please see the attached correspondence sent on behalf of Patrick D. Duplessis.

Joan M. Burnett
**Senior Litigation Paralegal**

Whitmyer Ip Group

600 Summer Street
Stamford, CT 06901

Tel: +1 (203) 703-0800
Fax: +1 (203) 703-0801

Email: jburnett@whipgroup.com
Web: www.whipgroup.com

1



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

June 25, 2021

VIA EMAIL ONLY
ddebruin@gawthrop.com

David W. deBruin
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19870

Re:   WHIP File 07608-L0001A
      Civil Action No. 1:21-cv-00791-UNA
      Nitetek Licensing LLC v. KROHNE, Inc.

Dear Mr. deBruin:

    We represent KROHNE in this matter.  KROHNE's deadline to Answer or otherwise respond to the Complaint is June 30.  Please let us know if your client will consent to a 30-day extension of time.

Sincerely,

Patrick D. Duplessis
pduplessis@whipgroup.com

PDD:JJA