# EXHIBIT 2

# Patrick D. Duplessis

| | |
|---|---|
| **From:** | Patrick D. Duplessis |
| **Sent:** | Monday, June 28, 2021 3:24 PM |
| **To:** | ddebruin@gawthrop.com |
| **Cc:** | WHIP litigation (litigation@whipgroup.com) |
| **Subject:** | FW: WHIP File 07608-L0001A - Nitetek Licensing LLC v. KROHNE, Inc. - PDD |
| **Attachments:** | Letter to Nitetek.pdf |

Dear Mr. deBruin,

We write further to our June 25 letter.  Please let us know if your client will consent to a 30-day extension of time.

Best regards,
Patrick

**From:** Joan M. Burnett <jburnett@whipgroup.com> **On Behalf Of** WHIP litigation
**Sent:** Friday, June 25, 2021 5:08 PM
**To:** ddebruin@gawthrop.com
**Cc:** Robert D. Keeler <rkeeler@whipgroup.com>; Jacob J. Alexander <jalexander@whipgroup.com>; WHIP litigation <litigation@whipgroup.com>
**Subject:** WHIP File 07608-L0001A - Nitetek Licensing LLC v. KROHNE, Inc. - PDD

Please see the attached correspondence sent on behalf of Patrick D. Duplessis.

| | |
|---|---|
| Joan M. Burnett<br>**Senior Litigation Paralegal**<br><br>Whitmyer ip Group<br><br>600 Summer Street<br>Stamford, CT 06901 | Tel: +1 (203) 703-0800<br>Fax: +1 (203) 703-0801<br><br><br><br>Email: jburnett@whipgroup.com<br>Web: www.whipgroup.com |

1



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

June 25, 2021

VIA EMAIL ONLY
ddebruin@gawthrop.com

David W. deBruin
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19870

Re:    WHIP File 07608-L0001A
         Civil Action No. 1:21-cv-00791-UNA
         Nitetek Licensing LLC v. KROHNE, Inc.

Dear Mr. deBruin:

      We represent KROHNE in this matter. KROHNE's deadline to Answer or otherwise respond to the Complaint is June 30. Please let us know if your client will consent to a 30-day extension of time.

Sincerely,

Patrick D. Duplessis
pduplessis@whipgroup.com

PDD:JJA