EXHIBIT 3

| | |
|---|---|
| **From:** | patrick P P1mlessis |
| **To:** | ddebo.in@gawthroomm |
| Cc: | WHIPlitigation(litigation@whipgroupcom); stamatios stamoulis |
| **Subject:** | WHIP File 07608-LOOOI A - Nitetek Licensing LLC v. KROHNE, In c. - POD |
| **Date:** | Tuesday, June 29, 202112:17:00PM |
| **Attachments:** | Stipulation for Extension of Time.docx |

Dear Mr. deBruin,

We write further to our June 25 and June 28 correspondence. Please let us know **by 4PM EST today** if your client agrees to the attached stipulation fo r extension of time.

IN **THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

Nitetek Licensing LLC,

    Plaintiff,

    v.

KROHNE, Inc.,

    Defendant.

Case No. 1:21-cv-00791 (MN)

## STIPULATION FOR EXTENSION OF TIME AND ORDER

Defendant KROHNE, Inc. ("Defendant") and PlaintiffNitetek LicensingLLC

("Plaintiff ') (collectively, the "Prut ies") , by and through their undersigned counsel, hereby

stipulate and agree, subject to the Comt's approval, that Defendant's time to answer, move or

othe1wise plead in response to Plaintiff s Complaint (Dkt. 1) shall be extended by thirty (30)

days to July 30, 2021.

June , 2021       Respectfully submitted,

_____

David deBmin (No. 4846) GAWTHROP
GREENWOOD, PC 3711 Kennett Pike, Suite
100 Wilmington, DE 19807 302-777-5353
ddebmin@gawthrop.com

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

_____

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: 302-999-1540
Email: stamoulis@swdelaw.com

Patrick D. Duplessis
*(pro hac vice* fo1thcoming)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Fax: 203-703-0801

Email: litigation@whipgroup.com
pduplessis@whipgroup.com

*Attorneys for Defendant KROHNE, Inc.*

SO ORDERED, this ___   day of _____ 21

_____
UNITEDSTATES DISTRICT COURT JUDGE

2