# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Nitetek Licensing LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KROHNE, Inc.,<br><br>    Defendant. | Case No. 1:21-cv-00791 (MN) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1.2, Defendant KROHNE, Inc. ("Defendant") respectfully moves to dismiss Plaintiff Nitetek Licensing LLC's ("Plaintiff") Complaint for failure to state a claim upon which relief can be granted. The asserted U.S. Patent No. 6,661,783 is invalid under 35 U.S.C. § 101 for claiming a patent-ineligible abstract idea. The grounds for this motion are set forth more fully in Defendant's Opening Brief, submitted herewith.

Respectfully submitted,

Date: July 30, 2021

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE  19801
Tel:  302-999-1540
Email:  stamoulis@swdelaw.com

Patrick D. Duplessis (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, CT 06901
Telephone: (203) 703-0800
Email: litigation@whipgroup.com
          pduplessis@whipgroup.com

*Attorneys for Defendant*
*KROHNE, Inc.*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 30th day of July, 2021, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO DISMISS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


Dated: July 30, 2021                  */s/ Stamatios Stamoulis*
                                                 Stamatios Stamoulis