## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Nitetek Licensing LLC, <br><br> Plaintiff, <br><br> v. <br><br> KROHNE, Inc., <br><br> Defendant. | Case No. 1:21-cv-00791 (MN) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant KROHNE, Inc. ("Defendant") states it is a subsidiary of the following private, non-governmental companies: KROHNE AG (Basil, Switzerland); KROHNE Messtechnik GmbH (Duisburg, Germany); and Ludwig KROHNE GmbH & Co. KG (Duisburg, Germany). No publicly held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

Date: July 30, 2021

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: 302-999-1540
Email: stamoulis@swdelaw.com

Patrick D. Duplessis (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Email: litigation@whipgroup.com
         pduplessis@whipgroup.com

*Attorneys for Defendant*
*KROHNE, Inc.*

1