IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**  Plaintiff,  v.  **KROHNE, Inc.,**  Defendant. | Case No. 1:21-cv-00791-MN  Patent Case  Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nitetek Licensing LLC hereby dismisses this action **without prejudice**.  Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: August 12, 2021

Respectfully submitted,

**GAWTHROP GREENWOOD, PC**

/s/ David deBruin
David deBruin (No. 4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

1

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE